**TECHNICAL FURNITURE GROUP, LLC and Thomas White, Plaintiffs–Appellants,**

v.

**CBT SUPPLY, INC., Jeffrey Korber, and James B. Babcock, Defendants–Appellees.**

No. 2009–1041.

United States Court of Appeals, Federal Circuit.

Dec. 11, 2009.

Scott A. Conwell, Conwell, LLC, of Crofton, Maryland, argued for plaintiffs-appellants.

Erin O. Millar, Whiteford, Taylor & Preston, LLP, of Baltimore, Maryland, argued for defendants-appellees. With her on the brief was Steven E. Tiller.

MICHEL, Chief Judge, ARCHER and BRYSON, Circuit Judges.

## Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed.Cir.R.36.